# Exhibit A

| Seller Aliases | Email Addresses |
|---|---|
| Zaoqiang Sheng Hu Fur Co., Ltd. | 823439100@qq.com |
| Shop910448247 Store | baishunlailuo149@163.com |
| Shop912624483 Store | shaogai309263fan@163.com |
| bartbrian.com | newjosgh11@outlook.com, moyusumaod@outlook.com |
| Berthad.com | DomainAbuse@service.aliyun.com |
| bonia.top | company@decadeary.top |
| bootsstore.top | bill@bryanslasswn.com, bill@teenyrange.com |
| cavanus.com | info@sallyi.com, aadentaylor8@gmail.com, info@nathanieli.com |
| cellstemusa.com | 74H29964S9209051J |
| cengolbw.com | sales@darinemn.club<br>  DomainAbuse@service.aliyun.com<br>  jiewokonglu9@163.com<br>  scartiere@hotmail.com, sschloeffel@hotmail.com<br>  muyanyi1497486724@163.com<br><br>  ysue46@163.com<br>  vro4ku@163.com<br>  winifre.coo@gmx.com<br>  service@dennynv.club<br>  riley.addington.93@mail.ru, terryblack39@gmail.com<br>  vittorio.morfino@web.de, laurenrourkee@gmail.com<br>  a4lu18@163.com |
| discountugg.eygmo.com | buzhaoqiang1991@hotmail.com |
| doupcreatives.com | dowleygianpaolo43279@zohomail.com |
| efatic.top | company@decadeary.top |
| futocipoakcio.com | stetitsqlg@outlook.com |
| giveyfc.com |   spargogsecrud@zoho.eu<br>  spargogsecrud@zoho.eu<br>  JostenGilma@gmx.com<br>  uellerorczanylesterl@gmail.com |
| guesswhatvr.com | kajsypefhdlqo@zoho.eu |
| hilmuc.com | domainabuse@service.aliyun.com |
| hobartv.com | domainabuse@service.aliyun.com |
| hokaayakkabitr.com | abuse@netim.net |
| hokadiscount.store | smallland21033@gmail.com |
| hokaflashsale.com | aningalanrhsutherland@gmail.com |

| Domain | Emails |
|---|---|
| hokaoneones.com | pw-5883f2b2e976fbca8f675e1b5a7fbcfc@privacyguardian.org |
| hokaoneone-canada.com | gxwdenk@hotmail.com, domainabuse@service.aliyun.com |
| hokaoneoneshoesuk.com | bessietori7s@hotmail.com<br>daj383739@gmail.com<br>aagp05381@gmail.com<br>washingtofrhgassie@hotmail.com<br>nham2093@gmail.com<br>patiencedickens@hotmail.com<br>tpibgcuvxe@hotmail.com, zachcarpen6522@gmail.com |
| hokaoneonex.top | TonyJeremiah@rambler.ru, weedmanaugust30@gmail.com |
| hokaoutletus.store | lyptritogilvy25@gmail.com |
| hokaruning.store | abuse@name.com |
| hokasales.store | KaempferiaDedicateBsy15576@yahoo.com, kelvin.hl.teo@outlook.com |
| hokashipco.us | edrdfoz@hotmail.com<br>maylucfjc@outlook.com<br>juanmarcosarnson@gmail.com<br>amoraeplose@gmail.com<br>paypal.me: pancevalexandr<br>shauneeniycqgom@gmail.com<br>walterbaily@outlook.com<br>mayercathie@outlook.com<br>inwxpxmbfferloo@hotmail.com<br>francisstone530@gmail.com<br>cwmjbt@gmail.com |
| hokashoe.net | mqpfzqgkntggw@hotmail.com<br>kf@zzy.cn<br>moanou9063@163.com, jon.axton@polytechnic.tas.edu.au, ozecard@bigpond.<br>aoxiubai7414@163.com<br>loughtonlukis@gmail.com<br>helnobogoso5q@web.de, waack_88@hotmail.com, alice.waack@austin.org.au<br>Victoria.Dalsgaard.1990@web.de<br>robbinsajgallatin@gmail.com, katijah92@hotmail.com<br>krystiansmietana07@web.de, raisaraytsin@hotmail.com<br>escawokoterwe@web.de, m.winter@harboursat.com.au, mark@highlander.net<br>colbybrixton32@gmail.com, mick.mo72@gmail.com<br>caimeiyan@himmails.com<br>oxzmmzp@hotmail.com, sashiekascott16@yahoo.com, bofnyubouim@hotmail.<br>ndjknbrmcvqzqm@hotmail.com, rozziecooper@outlook.com<br>rcbvcqmjnd@hotmail.com<br>yuping40@himmails.com<br>mqpfzqgkntggw@hotmail.com<br>shaeqxbjdj@hotmail.com<br>LegislatureUnarticulatedAQY65@yahoo.com, Beautiful4life.ks@gmail.com |

| | |
|---|---|
| | devil7236@web.de, elyse.compton26@gmail.com |
| | cindy.mackechneyw@aol.com, cindy.mackechney@yahoo.com |
| | kf@zzy.cn |
| | mintermarlin71@gmail.com |
| | ChiSzymkowskikyv76@gmail.com, cdtncm15646499@163.com, gsong24884@si |
| | rusthong641@gmail.com |
| | alershatoril@hotmail.com |
| | janiebcnkkacy@hotmail.com |
| | xiaofeng38@himmails.com |
| | trqpbs@hotmail.com, ottokwilli24111@yahoo.com |
| | Alfred.Paulsen.2002@web.de, chantellerome@gmail.com |
| | layssavividiana@gmail.com, plzsendtocolin@hotmail.com |
| | suchcurleyr@hotmail.com |
| | sylvia222clark@gmail.com, sylvia111clark@yahoo.com |
| | youlao7485@163.com, rogerloader17@hotmail.com |
| | nawo409743@163.com, tonia_edmonds@hotmail.com |
| | xunheshan2987@163.com |
| | gkek48@163.com |
| hokashoeforwomen.com | xlsqvayqpqngjog@hotmail.com, tyronicadewberry@yahoo.com, omvrvezwrvxn |
| | noahkaolulo@web.de, roobatch@hotmail.com |
| hokashoes.top | bernicehollemansfw@hotmail.com |
| hokashoesvip.store | abuse@namesilo.com |
| | eigy00@163.com, xu7jwc@163.com |
| | x1x2x3x0@web.de, rachelwalking@gmail.com |
| | huixianjibei790788@163.com |
| | kadaishazajwhdn@gmail.com, gjohn@singnet.com.sg |
| | lolamiller0095@gmail.com |
| | tnvwmphh33116@126.com |
| | shian882617849783@163.com |
| | batesonweywzj@gmail.com, jordanmakayla213@gmail.com |
| | maishamalihaa37@gmail.com |
| | fesffeqpjyxpp@hotmail.com |
| | yishan1062@163.com |
| | Parian54de@outlook.com |
| | leilaagili0@gmail.com |
| | girolamabryler@gmail.com |
| | changpu6411@163.com |
| | mabbotrejeania2607@gmail.com, guans83@yahoo.com.sg |
| | yushi220206@163.com |
| | mckensiearmour@gmail.com |
| | mctilleegjbnc@hotmail.com |
| | walldan132@hotmail.com, walldan132@gmail.com |
| hokas-shoes.com | WardCarrnBc@yahoo.com, Sharlynn114@hotmail.com, sharlynn114@gmail.co |

| | |
|---|---|
| | hlnyxc6165206@163.com<br>ashlynnedeonne@gmail.com<br>sgiromler5@outlook.com, tevinsua@yahoo.com.sg<br>gdume91563173@163.com<br>snowogzokuteluc@gmx.de<br>amandawkwkwjrockey@gmail.com<br>mkaykhjosaqetjdufqfbl@outlook.com, andrew_hatfield@hotmail.com<br>byehdcllm8r@gmail.com<br>ueusqjfgayt@hotmail.com<br>robysnejd@gmail.com<br>Villum.Bendtsen.1977@web.de, jilliansteve@bigpond.com<br>qeag08@163.com<br>terrellamort@gmail.com, lucashemwood123@hotmail.com<br>pluharbobe4@hotmail.com<br>Mille.Rasmussen.1993@web.de, ralph.marqueta@gmail.com<br>GrotesquelyCataclysmGc20884@yahoo.com, bmccorkle@brookdale.com<br>pkuaga@hotmail.com |
| hokaussale.online | helykemramn@gmail.com<br>commonlhdelorev@hotmail.com<br>mithrondlf@gmail.com<br>uqtpvd@hotmail.com<br>StoneFTj@yahoo.com<br>orandallnebo47@web.de<br>helykemramn@gmail.com |
| hortonway.com | obocool2017@gmail.com, clothtil@gmail.com, makecuu@gmail.com, outdooler@gmail.com, safeline06@gmail.com |
| ihokashoes.store | 13559387328@139.com<br>bhzmzmlll@hotmail.com<br>bill@ceruletivity.com<br>tiktrade@163.com<br>RankinRogersmgs@isonews2.com, glmongole@gmail.com<br>jpcodshop@163.com<br>yvesjosephjnh@yahoo.com<br>contact@goldmie.com<br>contact@mondotweet.com<br>devonteemargeree@gmail.com |
| isabelw.com | tidtalk@163.com, info@ralphlop.shop |
| latestsalehoka.club | ctdug2@hotmail.com, ctdug2@126.com |
| logandusksmith.com | DEANQUNETTETHOMASDS3928@UKERMALL.COM |
| marahoka.store | enesshontahelroybr@gmail.com |
| offerer.top | company@decadeary.top |
| onlineshoestoresusa.com | olivedobson77@outlook.com |
| patienon.com | davenportwaylongs77@gmail.com |

| | |
|---|---|
| shopgrato.com | martymykaya153@zohomail.com |
| silviadelgado.com | wenjuedan2561@hotmail.com |
| skinafu.com | info@mabelll.com, natalyacarina67@gmail.com, info@flexiblly.com |
| slowlinebag.com | n03mtdxczj@163.com, douglasyoungtrac1127@gmail.com, lessiebui92036221@gmail.com |
| snowboot-us.top | jiaolom651@163.com<br>sheNatulya@aol.com, cx9girl@gmail.com<br>jiaolom651@163.com, andreamacpeters@gmail.com<br>kongshisi4194@163.com<br>lulian74928398@163.com<br>dunyanyu20@163.com<br>Evdokiya_sorrow@aol.com<br>xinqiaoyao5@163.com<br>tanghaotan21159452@163.com<br>qqntv627ywk@163.com<br>shasiyeyouzofswl@163.com<br>kopalotijamikane@gmail.com<br>boyuecanrenkyix@163.com<br>jgcef8622bzsl@163.com<br>sunpai6404329556@163.com<br>yiwensong409@163.com<br>zongzhongpingdzk@163.com<br>boguaifen89@163.com<br>yingjplun2561@163.com<br>wmhome5141365@163.com, wiltanatu1981@gmx.com<br>jingjuqian32@163.com<br>cdtncm15646499@163.com<br>zhuituocai615@163.com, mcong22862@sina.com |
| thecoventgreen.com | cenpinbang6345@hotmail.com |
| greecespeedgoatoutlet.com | domainabuse@service.aliyun.com |
| ugg-outlet.shop | austryliaa38@gmail.com |
| uggussale.com | shnikakelline@gmail.com, Secure Merchant ID: LLBNRM7AC9F2L |
| uggweb.xyz | serve@dazzlevark.com, LiuliangHB@outlook.com |
| uggwinterboots.top | zitulai813@163.com<br>abuse@dnspod.com<br>geriannefrederickolga@gmail.com<br>lopezleroy2ms@gmail.com, ashlee.gugins@hotmail.com<br><br>xixingzhangugf@163.com<br>fangluliao19@163.com<br>weidu89754312@163.com<br>danwo6800668106@163.com |

| | |
|---|---|
| usahokaone.shop | oobonnhodufw@hotmail.com, montajh.gill123@gmail.com |
| usaugg.online | abuse@west.cn<br>uujidlnppmcv@hotmail.com<br>TarquMatc@gmx.com<br>mnlvleifasensc@hotmail.com<br>ernestmarjorychl51@gmail.com |
| ushokaoneshoes.top | Email missing for: 1UJ504783X871260U |
| ushokaoutlet.top | lawyerhover@gmail.com |
| us-hokasports.top | compliance_abuse@webnic.cc<br>savlfe@hotmail.com<br>roziermeganev89833@gmail.com, keegan_phoenix@hotmail.com<br>ikolleesattedov@gmail.com |
| ustheugg.online | PollyNortonbTbC@yahoo.com<br>bnrqxt33526145@163.com<br>Puzanovaghanna@aol.com<br>kongkphpj336496@163.com<br>bbgqlulrxxe@hotmail.com<br>youyoulieanyp@163.com<br>eoandyrctwpmlbjsii@hotmail.com, garyvelascosanchez@outlook.com<br>wuzqckab488@163.com<br>baxy96js07n18@mail.com, claudia.tindall96@hotmail.com<br>sluz01984475@163.com, PollyNortonbTbC@yahoo.com<br>pulzrpixgpkm@hotmail.com, madimunchkin14@hotmail.com<br>beilianji100953954@163.com<br>kkmwmwlesetgaoc@hotmail.com, rydertat@outlook.com<br>songnjxzw99832@163.com<br>shizhangwu614@163.com<br>verahornbucklerfi@mail.com |
| usugg.store | tmarissa622@gmail.com |
| usuggboots.online | yibiao763966295r@163.com |
| wal-sale.shop | info@lormslk.pw |
| wrelogylegal.com | divorcepowell.pi959953@gmail.com, BakrEllyn@gmx.com |
| yourboardcover.com | zorin-k77zo@mail.ru |
| zebulonb.com | Rodbillow@163.com |
| dfgjxzzs | 280090683@qq.com |
| Julie Yant | lph11n@163.com |
| chinabok.com | supervision@xinnet.com |
| cyrilg.com | DomainAbuse@service.aliyun.com |
| dalmaziogroup.com | pw-a1e4fa8b7678639714a77b41a2f606e6@privacyguardian.org |

| | |
|---|---|
| dfgjxzzs | 280090683@qq.com |
| discountugg.eygmo.com | DomainAbuse@service.aliyun.com |
| discountugg.eygmo.com | buzhaoqiang1991@hotmail.com |
| doloresr.com | DomainAbuse@service.aliyun.com |
| doupcreatives.com | dowleygianpaolo43279@zohomail.com |
| doupcreatives.com | MinellaPaz@gmx.com |
| doupcreatives.com | dowleygianpaolo43279@zohomail.com |
| easytsave.com | pw-3897fd8c7c1fc68ca2c697825e527390@privacyguardian.org |
| ececoo.com | DomainAbuse@service.aliyun.com |
| efatic.top | company@decadeary.top |
| everyshopsouthafrica.com | domainabuse@service.aliyun.com |
| fewism.top | westabuse@gmail.com |
| futocipoakcio.com | stetitsqlg@outlook.com |
| uggboots.pro | abuse@list.alibaba-inc.com |
| uggbootsonlineaus.com | abuse@netim.net |
| uggbootssale.top | abuse@dnspod.com |
| uggbootssalede.com | domainabuse@service.aliyun.com |
| uggbootsshop.top | DomainAbuse@service.aliyun.com |
| uggbutiksverige.com | pw-91b759b9919f4b16804ecb40f15a6392@privacyguardian.org |
| ugg-chile.com | domainabuse@service.aliyun.com |
| uggclearance.com | domainabuse@service.aliyun.com |
| uggcsizmaoutlet.com | domainabuse@service.aliyun.com |
| uggdemo.com | abuse@godaddy.com |
| uggdiscounts.shop | abuse@namesilo.com |
| uggenargentina.com | domainabuse@service.aliyun.com |

| | |
|---|---|
| ugg-greece.com | domainabuse@service.aliyun.com |
| ugggreeceoutletgr.com | domainabuse@service.aliyun.com |
| uggmagyarorszag.net | abuse@1api.net |
| uggnewzealandnz.com | abuse@netim.net |
| uggniceboots.top | abuse@dnspod.com |
| ugg-outlet.shop | abuse@godaddy.com |
| ugg-outlet.shop | kareldeshawn@gmail.com, jonathan.hindo@gmail.com |
| ugg-outlet.shop | austryliaa38@gmail.com |
| ugg-outlet.store | abuse@west.cn |
| ugg-romania.com | domainabuse@service.aliyun.com |
| uggsale.biz | domainabuse@service.aliyun.com |
| uggsale.top | DomainAbuse@service.aliyun.com |
| uggsaleaustralia.com | domainabuse@service.aliyun.com |
| uggsalevip.top | abuse@dnspod.com |
| uggscolombia.com | compliance_abuse@webnic.cc |
| uggshoessingapore.com | compliance_abuse@webnic.cc |
| uggsnowboots.site | abuse@west.cn |
| uggsoutletnz.com | domainabuse@service.aliyun.com |
| uggstores.com | pw-44fc7673258de169cb3e01a461bc72df@privacyguardian.org |
| uggstylebootscanada.com | domainabuse@service.aliyun.com |
| ugg-suomi.com | domainabuse@service.aliyun.com |
| ugg-uk.com | domainabuse@service.aliyun.com |
| uggussale.com | domainabuse@service.aliyun.com |
| uggussale.com | jonfkr@gmx.at |
| uggussale.com | haweip6322@gmail.com |
| uggussale.com | shnikakelline@gmail.com |

| | |
|---|---|
| uggweb.xyz | dev@focalmodo.com, Yangyangote@outlook.com |
| uggweb.xyz | serve@dazzlevark.com, LiuliangHB@outlook.com |
| uggweb.xyz | server@teenyclass.com, GDCaizhiyong@Outlook.com |
| uggweb.xyz | dev@competebay.com |
| uggweb.xyz | contact@indigoster.com |
| uggweb.xyz | rt1196964@gmail.com |
| uggweb.xyz | leaderisaias024@gmail.com |
| uggweb.xyz | sale@ittycash.com |
| uggweb.xyz | contact@tangerinetower.com |
| uggweb.xyz | advocate@playbunk.com |
| uggweb.xyz | stocks@blumsandclark.com, sell@auriberth.com |
| uggwinterboots.top | abuse@dnspod.com |
| uggwinterboots.top | geriannefrederickolga@gmail.com |
| uggwinterboots.top | lopezleroy2ms@gmail.com, ashlee.gugins@hotmail.com |
| uggwinterboots.top | zitulai813@163.com |
| uggwinterboots.top | xixingzhangugf@163.com |
| uggwinterboots.top | fangluliao19@163.com |
| uggwinterboots.top | weidu89754312@163.com |
| uggwinterboots.top | danwo6800668106@163.com |
| uggxcanada.com | compliance_abuse@webnic.cc |

| |
|---|
| 36848c2549864aff9a2efe4fe6fb7875.protect@withheldforprivacy.com |
| a22798f620654154be6d9cfe11252c33.protect@withheldforprivacy.com |
| a6ce22b3797345899cd16cf6f6d78025.protect@withheldforprivacy.com |
| abuse@1api.net |
| abuse@dnspod.com |
| abuse@godaddy.com |
| abuse@list.alibaba-inc.com |
| abuse@name.com |
| abuse@namecheap.com |
| abuse@namesilo.com |

| |
|---|
| abuse@netim.net |
| abuse@registrar.eu |
| abuse@west.cn |
| compliance_abuse@webnic.cc |
| contact@privacyprotect.org |
| domainabuse@service.aliyun.com |
| edrdfoz@hotmail.com |
| kf@zzy.cn |
| pw-3897fd8c7c1fc68ca2c697825e527390@privacyguardian.org |
| pw-3ebe97190662ac79e5093234c224724c@privacyguardian.org |
| pw-44fc7673258de169cb3e01a461bc72df@privacyguardian.org |
| pw-4f3c82eeba76f47b8642dcbc08f5e945@privacyguardian.org |
| pw-6f4322ee8e7950128b36c4750023de84@privacyguardian.org |
| pw-7f3416c4a37e3c0ee7a5733b9e42bcd0@privacyguardian.org |
| pw-a1e4fa8b7678639714a77b41a2f606e6@privacyguardian.org |
| pw-f27ca4a292e306891a3a18de68f097b2@privacyguardian.org |
| supervision@xinnet.com |
| tld@cndns.com |
| westabuse@gmail.com |