IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DECKERS OUTDOOR CORPORATION,<br><br>                  Plaintiff,<br><br>    v.<br><br>ZAOQIANG SHENG HU FUR CO., LTD., et al.,<br><br>                  Defendants. | Case No. 22-cv-01512<br><br>**Judge Nancy L. Maldonado**<br><br>**Magistrate Judge Heather K. McShain** |

**Declaration of Justin R. Gaudio**

## DECLARATION OF JUSTIN R. GAUDIO

I, Justin R. Gaudio, of the City of Chicago, in the State of Illinois, declare as follows:

1. I am an attorney at law, duly admitted to practice before the Courts of the State of Illinois and the United States District Court for the Northern District of Illinois. I am one of the attorneys for Plaintiff Deckers Outdoor Corporation ("Plaintiff"). Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify as follows:

2. I, or someone acting under my direction, created a table compiling information in the record and previously filed as Exhibits 2 and 3 to the Declaration of Lisa Bereda. Additionally, I, or someone acting under my direction, reviewed information produced by the third-party PayPal, Inc. ("PayPal") for certain Defaulting Defendants and summarized this information in this table. Attached hereto as **Exhibit 1** is a true and accurate copy of the chart.

3. Since 2011, Deckers has filed over 115 lawsuits against over 72,000 online sellers infringing its popular trademarks and/or registered designs. I was lead counsel on each of these cases as well as hundreds of other similar lawsuits against online infringers.

4. In my experience, independent website operators create hundreds or even thousands of both single brand and multi-brand websites that interlink to their network of domain names. Single brand websites offer counterfeit products that infringe the trademarks of a single brand while multi-brand websites offer counterfeit products that infringe the trademarks of more than one brand. In my experience, when registering domain names for independent websites, Defendants often use multiple fictitious names and addresses.

5. In my experience, both single brand and multi-brand websites have a purported inventory of many counterfeit products to appear more legitimate. However, in my experience, these websites typically only sell a few of the most popular products for each brand.

6. In my experience, some websites will send no product at all, and just keep the funds and/or steal their customer's identity to register new websites. Likewise, most websites are void of any contact information, including email addresses.

7. In my experience, independent website operators set up their own hosting and payment services. Such services are typically located outside of the United States. Most independent websites process payment using only credit cards. In this arrangement, the credit card network (*e.g.*, Visa or MasterCard) simply moves funds from the U.S. buyer's issuing bank to Defendants' receiving bank in China. Since the receiving bank is in China, brand owners are practically unable to freeze those accounts or obtain any information regarding them.

8. In my experience, e-commerce store operators like Defaulting Defendants maintain off-shore bank accounts and regularly move funds from their financial accounts to off-shore accounts outside the jurisdiction of this Court to avoid payment of any monetary judgment awarded to Deckers.

9. In my experience, online marketplace platforms do not provide comprehensive sales information because it would be unduly burdensome on them to search all of defendants' listings for potential infringing sales. In my experience, the information the marketplace platforms do provide is limited to the specific counterfeit product listing identified by Plaintiff for each Defaulting Defendant.

10. Attached hereto as **<u>Exhibit 2</u>** is a true and accurate copy of excerpts of Deckers' 2022 Annual Report. A full copy of the 2022 Annual Report can be downloaded at https://ir.deckers.com/financials/annual-reports-proxies/default.aspx.

11. Attached here as **<u>Exhibit 3</u>** are true and correct copies of screenshots of Defaulting Defendants hortonway.com and isabelw.com (Group A).

12. Attached here as **<u>Exhibit 4</u>** are true and correct copies of screenshots of Defaulting Defendant Domain Names slowlinebag.com, hokas-shoes.com, snowboot-us.top, ustheugg.online, zebulonb.com, bootsstore.top, hokashoeforwomen.com, and uggweb.xyz (Group B).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this the 2nd day of March 2023 at Chicago, Illinois.

<u>/s/ Justin R. Gaudio</u>
Justin R. Gaudio
Counsel for Deckers Outdoor Corporation