IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DECKERS OUTDOOR CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>ZAOQIANG SHENG HU FUR CO., LTD., et al.,<br><br>    Defendants. | Case No. 22-cv-01512<br><br>**Judge Nancy L. Maldonado**<br><br>**Magistrate Judge Heather K. McShain** |

**PLAINTIFF'S MOTION TO ENTER AND CONTINUE HEARING ON
MOTION FOR ENTRY OF DEFAULT AND DEFAULT JUDGMENT**

Plaintiff Deckers Outdoor Corporation ("Deckers"), by its counsel, moves this Honorable Court to enter and continue the March 16, 2023, hearing set for Deckers' Motion for Entry of Default and Default Judgment to April 6, 2023.[1] *See* [42].

On March 13, 2023, Deckers' counsel was contacted by counsel Mark Fang[2] representing Defendants easytsave.com (No. 135), hortonway.com (No. 142), looketik.com (No. 149), and modersay.com (No. 155). This was the first contact from counsel representing these Defendants. On that same day, Deckers provided evidence and other case information to Defendants' counsel. On March 14th the parties discussed the possibility of settlement. Defendants are in the process of gathering additional information that Deckers requires to consider settlement. In view of these developments, Deckers and Defendants respectfully request that the Court enter and continue the

---

[1] Counsel for Deckers would also be available for a continued hearing the week of April 10, 2023.

[2] *See* https://www.markfang.com/.

March 16, 2023, hearing for twenty-one (21) days until April 6, 2023, to allow the parties to further explore settlement.

Dated this 15th day of March 2023.     Respectfully submitted,

/s/ Allyson M. Martin
Amy C. Ziegler
Justin R. Gaudio
Allyson M. Martin
Marcella D. Slay
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
amartin@gbc.law
mslay@gbc.law

*Attorneys for Deckers Outdoor Corporation*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 15th day of March 2023, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, I will electronically publish the documents on a website and I will send an e-mail to the e-mail addresses identified in Exhibit A hereto that includes a link to said website.

/s/ Allyson M. Martin
Amy C. Ziegler
Justin R. Gaudio
Allyson M. Martin
Marcella D. Slay
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
amartin@gbc.law
mslay@gbc.law

*Attorneys for Deckers Outdoor Corporation*