UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
Eastern Division

Deckers Outdoor Corporation

                            Plaintiff,

v.                                                           Case No.:
1:22−cv−01512

Honorable Nancy L. Maldonado

The Partnerships and Unincorporated Associations
Identified on Schedule "A", et al.

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 15, 2023:

      MINUTE entry before the Honorable Nancy L. Maldonado: The Court is in receipt of Plaintiff's motion to continue hearing on its motion for default judgment [46]. The motion is granted, and the default judgment hearing currently set for 03/16/2023 is reset to 04/13/2023 at 11:00 a.m. via Webex video conference. The dial−in number for the public is: 650−479−3207; Access code: 23018456302. The parties will receive a Webex invitation by email. During the video hearing, the parties should turn off their cameras and mute their microphones until their case is called. All persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in court−imposed sanctions, including removal of court−issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. (ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.